AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Express Mail Parcel #EK056376852US, currently in the possession of U.S. Postal Service Express Mail Unit, located at 300 West Pershing Road, Kansas City, Missouri | )<br>)<br>) Case No. 14-SW-00037-SWH<br>)<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the     Western     District of     Missouri
*(identify the person or describe the property to be searched and give its location)*:
Express Mail Parcel #EK056376852US, currently in the possession of U.S. Postal Service Express Mail Unit, located at 300 West Pershing Road, Kansas City, Missouri, as more fully described in Attachment A.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
See Attachment B.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before     February 13, 2014
                                                                                              *(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m.     ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
Sarah W. Hays                               .
           *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 02/06/2014 9:55 am     *[signed]* Sarah W. Hays
                                                                           *Judge's signature*

City and state:     Kansas City, Missouri     Honorable Sarah W. Hays, Chief U.S. Magistrate Judge
                                                                          *Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 14-SW-00037-SWH | Date and time warrant executed: 2/6/14 10:05 | Copy of warrant and inventory left with: U.S. Postal Service |
| Inventory made in the presence of: U.S. Postal Inspector Derek Ryan | | |
| Inventory of the property taken and name of any person(s) seized: | | |

One cardboard box containing 6 bundles of a green leafy substance, field testing positive as marijuana, weighing approximately 5 lbs 5 ozs.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2/6/2014

*Executing officer's signature*

Justin Lewis - U.S. Postal Inspector
*Printed name and title*

## ATTACHMENT A

### DESCRIPTION OF PROPERTY TO BE SEARCHED:

The item to be searched is described as a United States Postal Service ("USPS") Express Mail Parcel, bearing tracking number "EK056376852US," addressed to "Derek Traylor, 7811 E. 86th St., Apt. B, Raytown, MO 64138," with a return address of "Candice Sweeney, 1341 Thornwall Ln., Hayward CA 94545," mailed on February 3, 2014, from Hayward, California 94545. Further, this parcel weighs approximately 8 pounds 15.8 ounces and bears $78.70 in postage ("Subject Parcel").

## ATTACHMENT B

### DESCRIPTION OF ITEMS TO BE SEIZED:

The items to be seized from the Subject Parcel include controlled substances: specifically marijuana, cocaine, methamphetamine, and heroin; any drug paraphernalia related to the possession or distribution of a controlled substance including narcotics packaging.